# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **HENRY SIMMONS,**  )<br>  )<br>    **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )<br>**WASHINGTON COUNTY BOARD**  )<br>**OF EDUCATION,**  )<br>  )<br>    **Defendant.**  )  | Case No.<br>1:19-cv-00743-WS-M |

## JOINT NOTICE OF SETTLEMENT STATUS

**COME NOW** the parties and jointly file this *Joint Notice of Settlement Status* as directed in this Court's *Order* (Ct. Doc. 051). In support thereof, the parties state as follows:

1.    The Parties have engaged in meaningful settlement discussions; however, the parties have been unable to reach a resolution.

2.    The Parties will continue to explore settlement possibilities, and the parties are amenable to a settlement conference with the Magistrate Judge.

Respectfully submitted this the **4th** of **June**, **2021.**

*s\Ronnie Williams*
Ronnie Williams, Esq.
Attorney for Plaintiff
814 St. Francis Street
Mobile, Alabama 36602


*s\E. Dianne Gamble*
E. Dianne Gamble, Esq.
Attorney for Defendant
Hill, Hill, Carter, Franco, Cole & Black, P.C.
31 Inverness Center Parkway, Suite 120
Birmingham, Alabama 35242