IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY SIMMONS,                )<br>     Plaintiff,               )<br>                                       )<br>v.                                    )     CIVIL ACTION NO. 1:19-00743-WS-N<br>                                       )<br>WASHINGTON COUNTY   )<br>BOARD OF EDUCATION,  )<br>     Defendant.              ) | |

## ORDER SETTING SETTLEMENT CONFERENCE

This action is hereby set for a **SETTLEMENT CONFERENCE** with the undersigned Magistrate Judge on **Wednesday, June 23, 2021**, beginning at **10:00 a.m. (Central Time)**, to be held via videoconference.[1] Videoconference access links will be emailed closer to the start of the conference. Each of the parties, and at least one attorney of record for each counseled party, must personally participate in this conference. For a party that is an artificial entity (e.g., corporation, LLC, partnership, governmental entity), that party shall be "personally present" in the form of at least one authorized representative who has final settlement authority.

In preparation for, and in order to facilitate, the settlement conference, each party must submit a confidential settlement statement to the undersigned no later than **4:00 p.m. (Central Time)** on **Friday, June 18, 2021**, by email to alexander_lenk@alsd.uscourts.gov and tina_wood@alsd.uscourts.gov. Each party's

---

[1] *See* S.D. Ala. GenLR 72(a)(2)(T) (authorizing the magistrate judges of this judicial district to "[c]onduct[] mediation conferences, or other alternative dispute resolution (ADR) procedures, pursuant to the District's ADR Program . . . .").

settlement statement shall include the following information:

1. A brief statement of the facts giving rise to this action;

2. A brief analysis of the key issues involved in the litigation;

3. A description of the strongest and weakest points in your case and in your opponent's case, both legal and factual;

4. The major obstacle(s), as you perceive it, to settlement;

5. The total estimated cost to your client to continue this action beyond the settlement conference date, including the cost of trial through appeal;

6. The history and status of any settlement negotiations, including the last settlement proposal made by you and to you;

7. A settlement proposal that you believe would be fair; and

8. A settlement proposal that you would be willing to make in order to conclude the matter and stop the expense of litigation.

All communications made in connection with the settlement conference are confidential and will not be disclosed to anyone, including the other parties, unless otherwise agreed to by the parties. The confidential settlement statements, and any documents requested and submitted for the settlement conference, will be maintained in chambers and will be destroyed after the conference.

**DONE** and **ORDERED** this the 8th day of June 2021.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**